UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Randy Jackson, Jr.,

    Plaintiff,

v.                                              Case No. 19-10114

Lt. Kern, *et al.*,                         Sean F. Cox
                                                          United States District Court Judge

    Defendants.
_____/

## ORDER ADOPTING
## 4/15/19 REPORT AND RECOMMENDATION

Acting *pro se*, Plaintiff filed this action on January 11, 2019. The action was assigned to Magistrate Judge Patricia T. Morris for all pretrial proceedings.

On April 15, 2019, the magistrate judge issued a Report and Recommendation ("R&R"), wherein she recommends that the Court: 1) deny a motion to transfer filed by Defendants Kern and Rimmer; and 2) grant a motion for more definite statement filed by Defendants Kern and Rimmer.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a magistrate judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby **ADOPTS** the April 15, 2019 R&R and

1

**ORDERS** that: 1) the motion to transfer filed by Defendants Kern and Rimmer is **DENIED**; and 2) the motion for more definite statement filed by Defendants Kern and Rimmer is **GRANTED**.

    **IT IS FURTHER ORDERED** that, no later than **May 28, 2019**, Plaintiff shall file a legible copy of the current complaint in this matter. As explained by the magistrate judge, this order "is not an invitation to amend the complaint," and Plaintiff must file "a legible copy of the exact same complaint he previously filed" in this matter. (R&R at 14).

    **IT IS SO ORDERED**.

    s/Sean F. Cox
    Sean F. Cox
    United States District Judge

Dated: May 10, 2019