UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Randy Jackson, Jr.,

    Plaintiff,

v.                                                      Case No. 19-10114

Lt. Kern, *et al.*,                         Sean F. Cox
                                                        United States District Court Judge

    Defendants.
_____/

## ORDER ADOPTING
## 8/19/19 REPORT AND RECOMMENDATION

Acting *pro se*, Plaintiff filed this action on January 11, 2019. The action was assigned to Magistrate Judge Patricia T. Morris for all pretrial proceedings.

On June 18, 209, Judge Morris issued an order for Plaintiff to show cause why this case should not be dismissed for failure to prosecute. (ECF No. 15). Plaintiff did not respond. On August 19, 2019, Judge Morris issued a Report and Recommendation ("R&R"), wherein she recommends that the Court dismiss this case *sua sponte* under Fed. R. Civ. P. 41(b) and Local Rule 41.2 for failure to prosecute.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a magistrate judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither

party has filed objections to the R&R. The Court hereby **ADOPTS** the August 19, 2019 R&R and **ORDERS** that this case is **DISMISSED** *sua sponte* under Fed. R. Civ. P. 41(b) and Local Rule 41.2 **FOR FAILURE TO PROSECUTE**.

**IT IS SO ORDERED**.

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: September 13, 2019